**DISMISS and Opinion Filed February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00194-CV

**HME EXECUTIVE COACH, INC. AND SHAHZAD AZIZ CHAUDHRY, Appellants**

**V.**

**SAMROD CORPORATION D/B/A BIG D TRAVEL CENTER, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12150**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Bridges

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants request the appeal be dismissed because the "parties desire to complete the terms of a mediated settlement agreement." Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150194F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

HME EXECUTIVE COACH, INC. AND
SHAHZAD AZIZ CHAUDHRY, Appellants

No. 05-15-00194-CV       V.

SAMROD CORPORATION D/B/A BIG D
TRAVEL CENTER, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-12150.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee SAMROD CORPORATION D/B/A BIG D TRAVEL CENTER recover its costs of this appeal from appellants HME EXECUTIVE COACH, INC. and SHAHZAD AZIZ CHAUDHRY.

Judgment entered February 20, 2015.